CHARLES H. BARSON et al., Respondents, *v.* AGNES K. M. MULLIGAN et al., Appellants.

*Barson* v. *Mulligan,* 143 App. Div. 908, appeal dismissed.
(Argued May 29, 1911; decided June 6, 1911.)

MOTION to dismiss an appeal from an order or the Appellate Division of the Supreme Court in the first judicial department, entered February 24, 1911, which

affirmed an order of Special Term amending *nunc pro tunc* a judgment theretofore entered in the above-entitled action.

The motion was made upon the grounds that appellants had failed to perfect their appeal by filing the required undertaking; that the order of affirmance was not appealable of right to the Court of Appeals and that permission to appeal had not been obtained.

*Henry A. Forster* for motion.

*William G. Mulligan* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.